UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**IN THE MATTER OF:**          CASE NOS. **3:06-cv-846-J-16TEM**
**JONATHAN LEE RICHES**                         **3:06-cv-984-J-16TEM**
                                                                **3:07-cv-134-J-16HTS**
                                                                **3:08-cv-112-J-16TEM**

_____/

## O R D E R

**THIS CAUSE** is before this Court on several motions and notices of appeal submitted by Jonathan Lee Riches in various closed cases.[1] Jonathan Lee Riches filed documents in 4 different cases in this Court requiring many judicial resources. The documents appear to be frivolous in nature and are filed in cases in which Jonathan Lee Riches is not a party and has no apparent interest. Upon receipt of the documents, the Clerk's Office added Jonathan Lee Riches to each case as a movant.

Accordingly, it is **ORDERED**:

1. The Clerk is directed to maintain in a separate file any future filings submitted by Jonathan Lee Riches in cases in which he is not a Plaintiff or Defendant, without docketing the documents.

2. The Clerk is directed to terminate Jonathan Lee Riches as movant and terminate the documents he filed in the following cases: 3:06-cv-846-J-16TEM; 3:06-cv-984-J-16TEM; 3:07-cv-134-J-16HTS; and 3:08-cv-112-J-16TEM.

---

[1] For example, see case 3:06-cv-846-J-16TEM, Motion to Intervene as Plaintiff under Fed.R.Civ.P rule 24(A)(2). This case, T-Mobile v City of Jacksonville involved the erection of a cell phone tower and was closed July 14, 2008

3. Any further abuse of the Court in this manner may be subject to criminal contempt.

**DONE AND ORDERED**, in Chambers in Jacksonville, Florida, this 1st day of August, 2008.

JOHN H. MOORE II
United States District Judge

Copies to: Jonathan Lee Riches